# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ERIC FRANKENHAUSER**  **PLAINTIFF**
**ADC #157660**

v.  CASE NO. 2:21-CV-00029-BSM

**GARY KERSTEIN,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome Kearney's proposed findings and recommendations [Doc. No. 4] are adopted. Eric Frankenhauser may proceed with his claims against Gary Kerstein; however, all other defendants in this case are hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE