IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ERIC FRANKENHAUSER                                                                                    PLAINTIFF
ADC #157660

v.                              CASE NO. 2:21-CV-00029-BSM

GARY KERSTEIN, *et al*.                                                                                DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE